3510-975 KM/RL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES KAINRATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:11-cv-00878 |
| ) | |
| SOUTH STICKNEY SANITARY DISTRICT, ) | Judge John W. Darrah |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW APPEARANCE OF COUNSEL
OF SARA GARBER PURSUANT TO LOCAL RULE 83.17**

Defendant, SOUTH STICKNEY SANITARY DISTRICT, by and through its counsel, Segal McCambridge Singer & Mahoney, Ltd., for its Motion to Withdraw Appearance of Counsel of Sara Garber, states as follows:

1. On or about March 1, 2011, the Appearance of Sara Garber of Segal McCambridge Singer & Mahoney, Ltd. was filed on behalf of Defendant in the above-captioned matter.

2. Defendant now wishes to withdraw Sara Garber as counsel and substitute Rebecca Letourneaux of Segal McCambridge Singer & Mahoney, Ltd.

3. Accordingly, Rebecca Letourneaux will file an appropriate Appearance in this matter.

WHEREFORE, Defendant, SOUTH STICKNEY SANITARY DISTRICT respectfully requests this Honorable Court for an order granting the Motion to Withdraw the Appearance of Sara Garber of Segal McCambridge Singer & Mahoney, Ltd. as counsel for Defendant, SOUTH STICKNEY SANITARY DISTRICT.

Respectfully submitted,

SEGAL McCAMBRIDGE SINGER & MAHONEY, LTD.

By   /s/ Kathleen M. McDonough
   Attorney for Defendant
   SOUTH STICKNEY SANITARY DISTRICT

Kathleen M. McDonough, Esq. *ARDC#6229813*
Segal McCambridge Singer & Mahoney
233 S. Wacker Drive – Suite 5500
Chicago, IL 60606
(312) 645-7800
(312) 645-7711 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2012, I served by e-filing a true and accurate copy of **Defendant, South Stickney Sanitary District's Motion for Withdrawal of Counsel of Sara Garber,** to all counsel of record.

   */s/ Kathleen McDonough*
   Attorneys for Defendant,
   **SOUTH STICKNEY SANITARY DISTRICT**